Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DERMASET INC., and DOES 1-10,<br><br>Defendant(s). | Case No.:<br><br>**CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT; CCP § 1780** |

I, Wendy Warshauer, declare and state as follows:

1. I am the plaintiff in this matter, and specifically have brought a claim for Violations of the Consumer Legal Remedies Act.

2. The defendant to this cause of action, DERMASET INC., was doing business in Kern County, California, namely, by selling its online products

- 1 -

to consumers in California, such as myself, and I purchased the "free" serum that gave rise to this action while at my home in Kern County, California—where it was also shipped.

3. The transactions which are the subject of the cause of action as set forth in paragraphs 11 through 34 of the Complaint, occurred in Kern County.

4. I am a citizen and resident of the State of California, County of Kern.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of February, 2021, at Bakersfield, California.

_____
Wendy Warshauer