UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br><br>        Plaintiffs,<br><br>    v.<br><br>DERMASET INC.,<br><br>        Defendant. | Case No.: 1:21-cv-00174 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 11) |

The plaintiff reports that she has settled the matter and indicates she will seek dismissal of the action soon. (Doc. 11) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed <u>**no later than June 30, 2021**</u>;

    2.    All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

    Dated:  **April 28, 2021**              **/s/ Jennifer L. Thurston**
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE