# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DERMASET INC.,<br><br>　　　　Defendant. | Case No.: 1:21-cv-00174 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br><br>(Doc. 8) |

The plaintiff has filed a voluntary dismissal with prejudice as to her but without prejudice to the class, as allowed by Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 8) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: __**May 6, 2021**__　　　　　　　___ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE